IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:20-CV-00076-D

KIMBERLY PITTMAN,                          )
                                           )
            Plaintiff,                     )
                                           )
      v.                                   )      ORDER FOR PAYMENT OF ATTORNEY
                                           )      FEES AND COSTS UNDER
KILOLO KIJAKAZI,[1]                        )      THE EQUAL ACCESS TO JUSTICE ACT
Acting Commissioner of Social Security,    )
                                           )
            Defendant.                     )
                                           )

Upon stipulation and agreement of the parties, it is ORDERED that Defendant pay to

Plaintiff $7,400.00 in attorney's fees in full satisfaction of any and all claims arising under the

Equal Access to Justice Act, 28 U.S.C. § 2412. In addition, Plaintiff shall be compensated for the

filing fee of $400.00 from the Treasury Judgment Fund. If the award to Plaintiff is not subject to

the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel,

Meredith E. Marcus, Daley Disability Law, P.C., and mailed to her office at 4256 N.

Ravenswood Ave., Suite 104, Chicago, Illinois 60613, in accordance with Plaintiff's assignment

to her attorney of her right to payment of attorney's fees under the Equal Access to Justice Act.

SO ORDERED this ____ 20 ____ day of October, 2021

                                        _____
                                        JAMES C. DEVER III
                                        UNITED STATES DISTRICT JUDGE


_____

[1] As of July 9, 2021, Kilolo Kijakazi became the Acting Commissioner of Social Security
and is automatically substituted as a party pursuant to Fed. R. Civ. P. 25(d). See also section
205(g) of the Social Security Act, 42 USC 405(g)(action survives regardless of any change in
the person occupying the office of Commissioner of Social Security).