UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

KIMBERLY M PITTMAN,                          )
                                             )
                 Plaintiff,                  )
                                             )     **JUDGMENT IN A CIVIL CASE**
       v.                                    )
                                             )     **CASE NO. 4:20-CV-76-D**
KILOLO KIJAKAZI, Acting Commissioner of      )
Social Security,                             )
                 Defendant.                  )

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant pay to Plaintiff $7,400.00 in attorney's fees in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. In addition, Plaintiff shall be compensated for the filing fee of $400.00 from the Treasury Judgment Fund. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Meredith E. Marcus, Daley Disability Law, P.C., and mailed to her office at 4256 N. Ravenswood Ave., Suite 104, Chicago, Illinois 60613, in accordance with Plaintiff's assignment to her attorney of her right to payment of attorney's fees under the Equal Access to Justice Act.

**This Judgment Filed and Entered on October 21, 2021, and Copies To:**

| | |
|---|---|
| Meredith E. Marcus | (via CM/ECF electronic notification) |
| Jeremy Denton Adams | (via CM/ECF electronic notification) |
| Amanda B. Gilman | (via CM/ECF electronic notification) |
| Cassia W. Parson | (via CM/ECF electronic notification) |

DATE:                              PETER A. MOORE, JR., CLERK
October 21, 2021                   (By)  /s/ Nicole Sellers
                                    Deputy Clerk