IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. **4:20-cv-00076-D**

| | |
|---|---|
| KIMBERLY M. PITTMAN, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| KILOLO KIJAKAZI, | ) |
| ACTING COMMISSIONER OF | ) |
| SOCIAL SECURITY | ) |
| | ) |
| Defendant | ) |

THIS CAUSE came before the Court on Petitioner's Motion for attorney's fees. Petitioner filed his petition for attorney's fees pursuant to 206(b)(1) on September 11, 2023 (Docket #36).

Accordingly, IT IS ORDERED that the relief requested in the petition seeking an attorney fee of $38,262.98 pursuant to the Social Security Act is GRANTED. The Court ORDERS that payment by the Commissioner in the amount of $30,862.98, which represents the balance after the EAJA offset in amount of $7,400.00 is subtracted, be paid directly to attorney Frederick J. Daley, Jr. in accordance with the agreement signed by Plaintiff.

SO ORDERED. This the **4** day of October, 2023.

JAMES C. DEVER III
United States District Judge