UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| KIMBERLY M. PITTMAN, | ) |
| Plaintiff, | ) **JUDGMENT IN A CIVIL CASE** |
| | ) **CASE NO. 4:20-CV-76–D** |
| v. | ) |
| KILOLO KIJAKAZI, | ) |
| Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the relief requested in the petition seeking an attorney fee of $38,262.98 pursuant to the Social Security Act is GRANTED. The Court ORDERS that payment by the Commissioner in the amount of $30,862.98, which represents the balance after the EAJA offset in amount of $7,400.00 is subtracted, be paid directly to attorney Frederick J. Daley, Jr. in accordance with the agreement signed by Plaintiff.

**This Judgment Filed and Entered on October 4, 2023, and Copies To:**
Meredith E. Marcus        (via CM/ECF electronic notification)
Jeremy Denton Adams       (via CM/ECF electronic notification)
Amanda B. Gilman          (via CM/ECF electronic notification)
Cassia W. Parson          (via CM/ECF electronic notification)

DATE:                                PETER A. MOORE, JR., CLERK
October 4, 2023                      (By) /s/ Stephanie Mann
                                          Deputy Clerk